FILED

04/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0426

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 21-0426

| | |
|---|---|
| FLYING T RANCH, LLC., ) | |
| ) | |
| Plaintiff and Appellee, ) | ORDER EXTENDING |
| ) | DEADLINE TO FILE |
| v. ) | BERT WILLIAMS, DEBRA |
| ) | WILLIAMS, CONNIE HIX, AND |
| ) | LISA ANDERSON ANSWER BRIEF |
| ) | |
| CATLIN RANCH, LP., ) | |
| ) | |
| Defendant and Appellant, ) | |
| ) | |
| MEAGHER COUNTY BY & ) | |
| THROUGH ITS COMMISSION, ) | |
| SCOTT JACKSON, LYNN ) | |
| JACKSON, DEBRA WILLIAMS, ) | |
| LISA ANDERSON, BERT ) | |
| WILLIAMS & CONNIE HIX, ) | |
| ) | |
| Defendants and Appellees, ) | |
| ) | |
| CATLIN RANCH, LP, ) | |
| ) | |
| Cross-Claimant & Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| DEBRA WILLIAMS, LISA ) | |
| ANDERSON, BERT WILLIAMS, ) | |
| and CONNIE HIX, ) | |
| ) | |
| Cross-Claim Defendants and ) | |
| Appellees. ) | |

1

BEFORE the Court is Appellees Debra Williams, Bert Williams, Connie Hix and Lisa Anderson's second motion to extend the deadline to file their Answer Brief. It is unopposed by the other parties. For good cause shown, it is hereby ORDERED:

The deadline for Appellees Debra Williams, Bert Williams, Connie Hix and Lisa Anderson to file their Answer Brief is extended to and including April 18, 2022.

DATED this _____ day of April, 2022

_____

cc:
Rachel A. Taylor
Hanna Warhank
Matt Williams
Yuko J. Voyich
Kelly Voyich
Brian K. Gallik
Jim Lippert